UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES A. CORREIA, **05 - 11494 NG**

Plaintiffs,

v.

Civil Action No. _____

ADESA IMPACT,

Defendant.

## RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate

Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Adesa Impact certifies that Adesa Impact's parent corporation is Adesa, Inc., a publicly traded

company that is the sole shareholder of Adesa Impact.

Respectfully Submitted,

Adesa Impact,

By its attorneys,

Paul B. Galvani (BBO# 183800)
Gabriel D. O'Malley (BBO# 651432)
ROPES & GRAY LLP
1 International Place
Boston, MA 02110
Telephone:(617) 951-7656
Fax:(617) 951-7050

Dated: July 1, 2005

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served on this __ day of

July, 2005 by first class mail, upon the following counsel of record:

Brian Cunha, Esq.
Law Offices of Brian Cunha and Associates
311 Pine Street
Fall River, Massachusetts 02720

Gabriel D. O'Malley