UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES A. CORREIA, et al.

    Plaintiffs,

v.

ADESA IMPACT,

    Defendant.

Civil Action No. 05-11494 (NG)

The Defendant hereby moves to extend the time to answer, move, or otherwise respond to Plaintiffs' Complaint to and including August 29, 2005. Counsel for Plaintiffs has assented to the requested extension.

| CHARLES A. CORREIA, et al. | Adesa Impact, |
|---|---|
| By their attorneys, | By its attorneys, |
| S/Brian R. Cunha | S/Paul B. Galvani |
| Brian R. Cunha (BBO #108560) | Paul B. Galvani (BBO #183800) |
| Brian Cunha & Associates, P.C. | Gabriel D. O'Malley (BBO #651432) |
| 311 Pine Street | ROPES & GRAY LLP |
| Fall River, MA 02720 | One International Place |
| Telephone: (508) 675-9500 | Boston, MA 02110 |
| Fax: (508) 679-6360 | Telephone: (617) 951-7000 |
| | Fax: (617) 951-7050 |

Dated: July 19, 2005

Adesa - Correia Extension of Time