UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES A. CORREIA, et al.<br><br>　　　　Plaintiffs,<br><br>v.<br><br>ADESA IMPACT,<br><br>　　　　Defendant. | Civil Action No. 05 – 11494 (NG) |

**MOTION TO REASSIGN**

On or about June 8, 2005, two related complaints – *Bemis et al. v. Adesa Impact* and *Correia et al. v. Adesa Impact* – were filed against Defendant Adesa Impact in the Superior Court Department of the Trial Court for Bristol County, Commonwealth of Massachusetts. On July 14, 2005, Defendant removed each action to federal court. In doing so, Defendant inadvertently failed to note on the civil cover sheets accompanying the removal petitions that the two cases are related. The first action – *Bemis v. Adesa Impact*, Civil Action No. 05 – 11493 – was drawn to the Hon. Mark L. Wolf. The second action – *Correia et al. v. Adesa Impact*, Civil Action No. 05 – 11494 – was drawn to the Hon. Nancy Gertner. Because the two actions are related, they should be considered together by a single presiding judge. Therefore, pursuant to Local Rule 40.1, Defendant now moves that the above-captioned action be referred to Judge Wolf, who is presiding over the first of the removed cases.

Respectfully Submitted,

Adesa Impact,

By its attorneys,

S/Paul B. Galvani
Paul B. Galvani (BBO# 183800)
Gabriel D. O'Malley (BBO# 651432)
ROPES & GRAY LLP
1 International Place
Boston, MA 02110
Telephone:(617) 951-7656
Fax:(617) 951-7050

Dated: August 1, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on this 1st day of August, 2005 by first class mail, upon the following counsel of record:

Brian Cunha, Esq.
Law Offices of Brian Cunha and Associates
311 Pine Street
Fall River, Massachusetts 02720

                                                      S/Gabriel D. O'Malley
                                                      Gabriel D. O'Malley