BRIAN R. CUNHA, ESQ.**
NELIA CAMARA DeSTEFANO, ESQ.**
RICHARD T. GALLONE, ESQ.**
HONEY POLNER, ESQ., R.N.
KAREN A. ALEGRIA, ESQ.**
MONICA MAINA, ESQ.
AMY VALENTE, ESQ.

PAULA S. VIEIRA, ADMINISTRATOR

**MEMBER MA & RI BAR

LAW OFFICES

# BRIAN CUNHA
### & ASSOCIATES

311 PINE STREET
FALL RIVER, MASSACHUSETTS 02720
(508) 675-9500

FAX: (508) 679-6360

WEBSITE: www.briancunha.com

November 4, 2005

Civil Clerks Office
UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

      RE:    **Correia et al v. Adesa Impact**
              **C.A. NO.: 05-CV-11494-MLW**

Dear Sir/madam:

    With reference to the above-entitled matter kindly schedule a scheduling conference pursuant to Rule 16.(b).

    If you should have any questions, kindly contact my office. Thank you for your anticipated cooperation and assistance in this matter.

                                Very truly yours,
                                BRIAN CUNHA & ASSOCIATES

                                Brian Cunha, Esquire

BRC/mma

TOLL FREE
1-800-322-8300

NEW BEDFORD, MA
(508) 991-2100

E. PROVIDENCE, RI
(401) 434-5300