UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES A. CORREIA, et al.<br><br>　　　Plaintiffs,<br><br>v.<br><br>ADESA IMPACT[1],<br><br>　　　Defendant. | Civil Action No. 05-11494 |

This notice is to advise the Court that Defendant ADESA Impact does not consent to a transfer of this case to a Magistrate Judge.

　　　　　　　　　　　　　　　　ADESA Impact,

　　　　　　　　　　　　　　　　By its attorneys,


　　　　　　　　　　　　　　　　s/Paul B. Galvani
　　　　　　　　　　　　　　　　Paul B. Galvani (BBO #183800)
　　　　　　　　　　　　　　　　Gabriel D. O'Malley (BBO #651432)
　　　　　　　　　　　　　　　　ROPES & GRAY LLP
　　　　　　　　　　　　　　　　One International Place
　　　　　　　　　　　　　　　　Boston, MA  02110
　　　　　　　　　　　　　　　　Telephone:  (617) 951-7000
　　　　　　　　　　　　　　　　Fax:　　　　(617) 951-7050

Dated: July 31, 2006

---

[1] Plaintiffs have misnamed Defendant in their Complaint. Defendant's true name is Automotive Recovery Services, Inc. d/b/a ADESA Impact.

10124565_1