UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## **ORDER OF REFERENCE**

Check if previously referred

CHARLES CORREIA

        V.                CA No. 05-11494-MLW

ADESA/IMPACT

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge Alexander for the following proceedings:

(A)     X     Referred for full pretrial case management, including all dispositive motions.

(B)           Referred for full pretrial case management, not including dispositive motions:

(C)           Referred for discovery purposes only.

(D)           Referred for Report and Recommendation on:

               ( ) Motion(s) for injunctive relief
               ( ) Motion(s) for judgment on the pleadings
               ( ) Motion(s) for summary judgment
               ( ) Motion(s) to permit maintenance of a class action
               ( ) Motion(s) to suppress evidence
               ( ) Motion(s) to dismiss
               ( ) Post Conviction Proceedings[1]
               See Documents Numbered: _____

(E)           Case referred for events only. See Doc. No(s). _____

(F)           Case referred for settlement.

(G)           Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
               ( ) In accordance with Rule 53, F.R.Civ.P.
               ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)           Special Instructions: _____

August 10, 2006                                      By:     /s/ Dennis O'Leary
Date                                                   Deputy Clerk     **(order-ref-mag.wpd - 05/2003)**

---

[1]    See reverse side of order for instructions