UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHARLES A. CORREIA, ET AL | ) | |
|     Plaintiffs | ) | C.A. No. 05-11494 |
| VS. | ) | |
| | ) | |
| ADESA IMPACT, | ) | |
|     Defendants | ) | |
| _____ | ) | |

## RULE 16.1(D)(3) CERTIFICATION OF COUNSEL FOR PLAINTIFFS

Pursuant to Local Rule 16.1, I hereby certify that I have conferred with the Plaintiffs for the purpose of establishing a budget for the cost of conducting this litigation. I have also conferred with the Attorney for the Defendant, ADESA Impact, for the purposes of discussing the resolution of the litigation through the use of alternative dispute resolution. Moreover, the parties have been in active settlement negotiations with regard to the early settlement of these claims.

By their Attorneys,
BRIAN CUNHA & ASSOCIATES
/s/ Brian R. Cunha
Brian R. Cunha, Esq., BBO #108560
311 Pine Street
Fall River, MA 02720
Tel: (508) 675-9500

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that all counsel of record are so registered.

Dated: September 7, 2006

/s/ Brian R. Cunha
Brian R. Cunha, Esq.