UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CHARLES A. CORREIA, ET AL          )
      Plaintiffs          )   C.A. No. 05-11494
VS.          )
          )
ADESA IMPACT,          )
     Defendants          )
_____)

## **JOINT STATEMENT**

Now come the parties, subject to the approval of the Court, hereby state that they have agreed upon the following schedule:

10/07/06 - service of initial requests for documents and interrogatories

12/06/06 - service of responses to requests for documents and interrogatories

03/01/07 - discovery Motions relating to answers to interrogatories or requests for documents

08/15/07 - completion of fact witness depositions

09/01/07 - filing of Motions in connection with discovery or other issues relating to depositions or fact witnesses

09/15/07 - Plaintiffs' expert disclosures to be served

10/15/07 - Defendant's expert disclosures to be served

11/15/07 - completion of expert depositions

12/15/07 - filing deadline for Summary Judgment

Defendant, By its Attorneys,
Ropes & Gray LLP

/s/Paul B. Galvani
Paul B. Galvani, Esq. BBO #183800
Gabriel D. O'Malley, Esq. BBO#651432
One International Place
Boston, MA 02110
Tel: (617) 951-7000
Fax: (617) 951-7050

Plaintiffs, By their Attorneys,
BRIAN CUNHA & ASSOCIATES

/s/ Brian R. Cunha
Brian R. Cunha, Esq., BBO #108560
311 Pine Street
Fall River, MA 02720
Tel: (508) 675-9500
Fax: (508) 679-6360

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that all counsel of record are so registered.

Dated: September 11, 2006

/s/ Brian R. Cunha
Brian R. Cunha, Esq.