UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# **ORDER OF REFERENCE**

Check if previously referred

CHARLES A. CORRIEA et al

       V.                                                              CA No. 05-11494-MLW

ADESA/IMPACT

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge Bowler for the following proceedings:

(A)   X   Referred for full pretrial case management, including all dispositive motions.

(B)       Referred for full pretrial case management, not including dispositive motions:

(C)       Referred for discovery purposes only.

(D)       Referred for Report and Recommendation on:

      ( ) Motion(s) for injunctive relief
      ( ) Motion(s) for judgment on the pleadings
      ( ) Motion(s) for summary judgment
      ( ) Motion(s) to permit maintenance of a class action
      ( ) Motion(s) to suppress evidence
      ( ) Motion(s) to dismiss
      ( ) Post Conviction Proceedings[1]
  See Documents Numbered:

(E)       Case referred for events only.  See Doc. No(s).

(F)       Case referred for settlement.

(G)       Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
      ( ) In accordance with Rule 53, F.R.Civ.P.
      ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)       Special Instructions:

September 26, 2006                                                         By:      /s/ Dennis O'Leary
Date                                                                                   Deputy Clerk         **(order-ref-mag.wpd - 05/2003)**

---

    [1]   See reverse side of order for instructions