UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KERI BEMIS AS TRUSTEE OF MATTHEWS LANDING, et al. ;<br><br>and<br><br>CHARLES A. CORREIA, ET AL.<br><br>        Plaintiffs,<br><br>v.<br><br>ADESA IMPACT[1]<br><br>        Defendant. | Civil Action Nos. 05-11493 and 05-11494 |

## MOTION TO CONTINUE STATUS CONFERENCE

The Plaintiffs and Defendant Adesa Impact (together the "Parties") hereby jointly move to continue the status conference currently scheduled for January 5 at 2:30pm. As grounds for this motion, the Parties state that they have agreed in principle to settle the above-captioned matters. The parties are currently finalizing the settlement agreement and anticipate filing stipulations of dismissal with the Court shortly.

---

[1] Plaintiffs have misnamed Defendant in their Complaint. Defendant's true name is Automotive Recovery Services, Inc. d/b/a ADESA Impact.

10285776_2

ADESA Impact,

By its attorneys,

s/Paul B. Galvani
Paul B. Galvani (BBO #183800)
Gabriel D. O'Malley (BBO #651432)
ROPES & GRAY LLP
One International Place
Boston, MA  02110
Telephone:  (617) 951-7000
Fax:           (617) 951-7050

Dated:  January 4, 2007