**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CHARLES A. CORREIA, et al.<br><br>        Plaintiffs,<br><br>        v.<br><br>ADESA IMPACT[1],<br><br>        Defendant. | Civil Action No. 05-11494 |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Charles A. Correia, et al. and ADESA

IMPACT hereby agree and stipulate to the dismissal with prejudice of this action and Plaintiffs waive all

rights of appeal.  Each party shall bear its own costs.

CHARLES A. CORREIA, ET AL.        ADESA Impact,


By its attorneys,        By its attorneys,


/s/Brian R. Cunha        /s/Paul B. Galvani
Brian Cunha & Associates        Paul B. Galvani (BBO #183800)
311 Pine Street        Gabriel D. O'Malley (BBO #651432)
Fall River, MA 02720        ROPES & GRAY LLP
Telephone:  (508) 679-9500        One International Place
Fax:        (508) 679-6360        Boston, MA  02110
        Telephone:  (617) 951-7000
        Fax:        (617) 951-7050

Dated:  January 29, 2007


        SO ORDERED:


        United States District Judge

---

[1]  Plaintiffs have misnamed Defendant in their Complaint.  Defendant's true name is Automotive Recovery Services, Inc. d/b/a ADESA Impact.

10215698_1