UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES A. CORREIA, et al.

   Plaintiffs,

v.

ADESA IMPACT[1],

   Defendant.

Civil Action No. 05-11494

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Charles A. Correia, et al. and ADESA IMPACT hereby agree and stipulate to the dismissal with prejudice of this action and Plaintiffs waive all rights of appeal. Each party shall bear its own costs.

CHARLES A. CORREIA, ET AL.

By its attorneys,

/s/Brian R. Cunha
Brian Cunha & Associates
311 Pine Street
Fall River, MA 02720
Telephone: (508) 679-9500
Fax:        (508) 679-6360

Dated: January 29, 2007

ADESA Impact,

By its attorneys,

/s/Paul B. Galvani
Paul B. Galvani (BBO #183800)
Gabriel D. O'Malley (BBO #651432)
ROPES & GRAY LLP
One International Place
Boston, MA 02110
Telephone: (617) 951-7000
Fax:        (617) 951-7050

SO ORDERED: _____
United States District Judge

---

[1] Plaintiffs have misnamed Defendant in their Complaint. Defendant's true name is Automotive Recovery Services, Inc. d/b/a ADESA Impact.

10215698_1